United States District Court
Southern District of Texas
**ENTERED**
August 14, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Franchelle Scgers,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2444 |
| | § | |
| **Diversified Adjustment Service, Inc.,** | § | |
| Defendant. | § | |

### O R D E R

In accordance with the Notice of Dismissal filed on August 14, 2018 (docket entry no. 7), this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 14th day of August, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE